

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00522-CV

Maria Zacarias **GUTIERREZ**,
Appellant

v.

Guadalupe **GUTIERREZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03767
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 30, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by October 14, 2022. On October 25, 2022, this court notified appellant of the deficiency and directed appellant to respond to this court in writing within ten days of the date of our letter, stating a reasonable explanation for failing to timely file the brief and demonstrating appellant is taking affirmative steps to remedy the deficiencies. Neither the brief nor a motion for extension of time was filed. Therefore, on November 7, 2022, this court ordered appellant to show cause in writing no later than November 17, 2022, why this appeal should not be dismissed for want of prosecution and why appellee is not significantly injured by

appellant's failure to timely file a brief. TEX. R. APP. P. 38.8(a)(1). Our order cautioned appellant that if she failed to respond by November 17, 2022, this appeal would be dismissed for want of prosecution.

Appellant has not responded; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM